Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALFONSE CASTRONOVA,<br><br><br>Plaintiffs,<br><br>vs.<br><br>PENNYMAC LOAN SERVICES LLC;<br>WELLS FARGO DEALER SERVICES;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; EQUIFAX INFORMATION SERVICES<br>LLC; and TRANSUNION LLC,<br><br>Defendants. | Case No.: 2:18-cv-01785-APG-CWH<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST]** |

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 1

Plaintiff Alfonse Castronova ("Plaintiff"), by and through his counsel of record, and Defendant TransUnion LLC ("Trans Union") have agreed and stipulated to the following:

1.     On September 14, 2018, Plaintiffs filed a Complaint [ECF Dkt. 1].

2.     On November 5, 2018, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt.13].

3.     Plaintiff's Response is due November 19, 2018.

4.     Plaintiff and Trans Union have agreed to extend Plaintiff's response fourteen days in order to allow the parties to discuss potential settlement.  As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to plead or otherwise respond to Trans Union's Motion to Dismiss Complaint until **December 3, 2018**.  This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

Dated November 15, 2018.

| KNEPPER & CLARK LLC | LEWIS BRISBOIS BISGAARD & SMITH |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Jason Revzin* |
| Matthew I. Knepper, Esq. | Jason Revzin, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 8629 |
| Miles N. Clark, Esq. | 6385 S. Rainbow Blvd., Suite 600 |
| Nevada Bar No. 13848 | Las Vegas, NV 89118 |
| Shaina R. Plaksin, Esq. | Email: jason.revzin@lewisbrisbois.com |
| Nevada Bar No. 13935 | |
| 10040 W. Cheyenne Ave., Suite 170-109 | *Counsel for Defendant Trans Union LLC* |
| Las Vegas, NV 89129 | |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | |
| Email: shaina.plaksin@knepperclark.com | |
| | |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | |
| HAINES & KRIEGER, LLC | |
| 8985 S. Eastern Avenue, Suite 350 | |

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 2

Henderson, NV 89123
dkrieger@hainesandkrieger.com

*Counsel for Plaintiff*

*Castronova v. PennyMac Loan Services LLC et al*
*2:18-cv-01785-APG-CWH*

**ORDER GRANTING**
**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO**
**MOTION TO DISMISS**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 15, 2018.

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS
[FIRST REQUEST] - 3