Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALFONSE CASTRONOVA,<br><br>Plaintiffs,<br><br>vs.<br><br>PENNYMAC LOAN SERVICES LLC; WELLS FARGO DEALER SERVICES; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANSUNION LLC,<br><br>Defendants. | Case No.: 2:18-cv-01785-APG-CWH<br><br>**SECOND STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [SECOND REQUEST]** |

Plaintiff Alfonse Castronova ("Plaintiff"), by and through his counsel of record, and Defendant TransUnion LLC ("Trans Union") have agreed and stipulated to the following:

1. On September 14, 2018, Plaintiffs filed a Complaint [ECF Dkt. 1].

2. On November 5, 2018, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt.13].

3. Plaintiff's Response was initially due November 19, 2018.

4. The Court granted Plaintiff and Trans Union's first stipulation to extend time for Plaintiff's Response to November 15, 2018 [ECF Dkt. 25].

5. As Plaintiff and Trans Union's settlement discussions have continued, Plaintiff and Trans Union have agreed to extend Plaintiff's response an additional fourteen days in order to allow counsel time to further the settlement discussions. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until **December 17, 2018**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: December 3, 2018.

/ / /

IT IS SO STIPULATED.
Dated December 3, 2018.

| **KNEPPER & CLARK LLC** | **LEWIS BRISBOIS BISGAARD & SMITH** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Jason Revzin* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Shaina R. Plaksin, Esq.<br>Nevada Bar No. 13935<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>Email: shaina.plaksin@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | Jason Revzin, Esq.<br>Nevada Bar No. 8629<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Email: jason.revzin@lewisbrisbois.com<br><br>*Counsel for Defendant Trans Union LLC* |
| **SNELL & WILMER LLP** | **NAYLOR & BRASTER** |
| /s/ *Kiah D. Beverly-Graham* | /s/ *Andrew J. Sharples* |
| Kelly H. Dove, Esq.<br>Nevada Bar No. 6103<br>Kiah D. Beverly-Graham, Esq.<br>Nevada Bar No. 11916<br>3883 Howard Hughes Pkwy.<br>Las Vegas, NV 89169<br>Email: kdove@swlaw.com<br><br>*Counsel for Defendant Wells Fargo Bank, N.A., (incorrectly sued as Wells Fargo Dealer Services)* | Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com<br><br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* |