Kelly H. Dove, Esq. (Nevada Bar No. 10569)
Kiah D. Beverly-Graham, Esq. (Nevada Bar No. 11916)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
       kbeverly@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A., incorrectly*
*named as Wells Fargo Dealer Services*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Alfonse Castronova,<br><br>Plaintiff,<br><br>v.<br><br>PennyMac Loan Services LLC; Wells Fargo Dealer Services; Experian Information Solutions, Inc.; Equifax Information Services LLC; and TransUnion LLC,<br><br>Defendants. | Case No.: 2:18-cv-01785-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR WELLS FARGO TO RESPOND TO FIRST AMENDED COMPLAINT TO JANUARY 14, 2019**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule 7-1, Plaintiff Alfonse Castronova and Defendant Wells Fargo Bank, N.A., incorrectly named as Wells Fargo Dealer Services ("Wells Fargo"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order.

Plaintiff filed an Amended Complaint (the "Amended Complaint") in this Court on December 17, 2018;

Wells Fargo was served with the Amended Complaint on December 17, 2018;

Wells Fargo's deadline to respond to the Amended Complaint is currently December 31, 2018; and

This is the Parties' first request for an extension of time to respond to the Amended Complaint and is not intended to cause any delay or prejudice to any party. The reason for the

extension is to give Wells Fargo time to evaluate and respond to the allegations set forth in the Amended Complaint.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for Wells Fargo to respond to the Amended Complaint in this action is extended to and through January 14, 2019.

Dated: December 27, 2018.

**KNEPPER & CLARK LLC**

/s/ *Shaina R. Plaksin*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935

**HAINES & KRIEGER LLC**
David H. Krieger, Esq.
Nevada Bar No. 9086

*Attorneys for Plaintiff Alfonse Castronova*

Dated: December 27, 2018.

**SNELL & WILMER L.L.P.**

/s/ *Kiah Beverly-Graham*
Kelly H. Dove, Esq. (NV Bar #10569)
Kiah D. Beverly-Graham, Esq. (NV Bar #11916)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Wells Fargo Bank, N.A., incorrectly named as Wells Fargo Dealer Services*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____December 28, 2018_____

- 2 -

4840-9690-2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: December 27, 2018

                                         */s/ Lara J. Taylor*
                                         Lara J. Taylor

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4840-9690-2020