# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALFONSE CASTRONOVA, <br><br> Plaintiff <br><br> v. <br><br> PENNYMAC LOAN SERVICES LLC, et al., <br><br> Defendants | Case No.: 2:18-cv-01785-APG-CWH <br><br> **Order for Stipulation to Dismiss or Status Report** |

On December 21, 2018, the plaintiff advised the Court that he had reached a settlement with defendant Trans Union LLC and requested 60 days to finalize settlement. ECF No. 31. More than 60 days have passed without a stipulation to dismiss being filed.

IT IS THEREFORE ORDERED that plaintiff Alfonse Castronova and defendant Trans Union LLC shall file a stipulation of dismissal or a status report regarding settlement by April 30, 2019.

DATED this 11th day of April, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE